27915. LEVENSON INVESTMENT COMPANY v. WHITEHEAD et al.

UNDERCOFLER, Justice. This appeal is from the denial of an interlocutory injunction. The dispute involved is

whether the plaintiff has acquired a prescriptive right to use certain property of the defendant as a means of ingress and egress to its property. The evidence presented at the hearing was in conflict. *Held:*

The evidence on the material issues involved was in conflict; and where this is true, this court will not control the discretion vested in the trial judge in denying an interlocutory injunction. Code § 55-108. The present case does not fall within the exception to the general rule, where the question to be decided is one of law. *Rooks v. Meyer,* 217 Ga. 727 (124 SE2d 634); *Carpenters Local Union No. 3024 v. United Brotherhood of Carpenters &c.,* 220 Ga. 596, 599 (140 SE2d 876).

*Judgment affirmed. All the Justices concur.*

ARGUED MAY 15, 1973 — DECIDED MAY 31, 1973 — REHEARING DENIED JUNE 21, 1973.

*Schwall & Heuett, Stan M. Lefco,* for appellant.
*Smith, Cohen, Ringel, Kohler, Martin & Lowe, William G. Grant,* for appellees.